UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MEYER,<br><br>    Plaintiff,<br><br>v.<br><br>WORLD BANK, et al.,<br><br>    Defendants. | Case No. 18-cv-07705-JD<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 3 |

Plaintiff, a mental health patient in Illinois, filed a pro se civil rights action. Court records indicate that plaintiff already proceeds with a case in this Court concerning the same defendants and claims. *See Meyer v. World Bank*, Case No. 18-cv-7703 JD. This case is dismissed as duplicative. *See Adams v. Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007). The Court will screen the earlier filed complaint.

For the foregoing reasons, the motion to proceed in forma pauperis (Docket No. 3) is **DENIED** and this case is **DISMISSED** as duplicative.

    **IT IS SO ORDERED.**

Dated: January 29, 2019

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MEYER,<br><br>        Plaintiff,<br><br>    v.<br><br>WORLD BANK, et al.,<br><br>        Defendants. | Case No. 18-cv-07705-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 29, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric Meyer ID: A-North
Chicago Read Mental Health Center
4200 N. Oak Park
Chicago, IL 60634

Dated: January 29, 2019

                                            Susan Y. Soong
                                            Clerk, United States District Court

                                            By: _____
                                            LISA R. CLARK, Deputy Clerk to the
                                            Honorable JAMES DONATO